Susan Frisbie
304 Redbud Way
Nevada City, CA  95959-2154
(775) 230-9339
nevadasierras@yahoo.com
PRO SE

**FILED**

MAY 2 9 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| SUSAN FRISBIE, pro se,<br><br>     Plaintiff,<br><br>vs.<br><br>LTD FINANCIAL SERVICES, LP,<br><br>     Defendant | Case No.:  2:14-cv-1128-GEB-CKD (PS)<br><br>**DOCUMENTS SUBMITTED TO**<br>**UNITED STATES MARSHAL** |

## DOCUMENTS SUBMITTED TO UNITED STATES MARSHAL

On May 20, 2014, the Court issued its Order granting Plaintiff to proceed in forma pauperis and for Plaintiff to provide the United States Marshal with all information needed to effect service of process upon Defendants, including said documents within that Order.

Plaintiff hereby notifies the Court that the United States Marshal has been provided all information needed, including the said documents which have been submitted to the United States Marshal.  Said documents are:

a.  One completed summons for each defendant;

b.  One completed USM-285 form for each defendant;

c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

d. One copy of the Court's Status Order for each defendant; and

e. One copy of the instant order for each defendant.

RESPECTFULLY SUBMITTED,

DATED: May 29, 2014

_Susan Frisbie_

Susan Frisbie, Plaintiff
304 Redbud Way
Nevada City, CA  95959-2154
(775) 230-9339
nevadasierras@yahoo.com
PRO SE

DOCUMENTS SUBMITTED TO UNITED STATES MARSHAL
Case No.:  2:14-cv-1128-GEB-CKD (PS)