Susan Frisbie
304 Redbud Way
Nevada City, CA  95959-2154
(775) 230-9339
nevadasierras@yahoo.com
PRO SE

FILED
JUL 1 4 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

SUSAN FRISBIE, pro se,            )    Case No.: 2:14-cv-1128-GEB-CKD (PS)
                                  )
            Plaintiff,            )    MOTION FOR VOLUNARY DISMISSAL
                                  )
      vs.                         )
                                  )
LTD FINANCIAL SERVICES, LP,       )
                                  )
            Defendant             )
_____)

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Susan Frisbie, hereby makes this Motion for Voluntary Dismissal WITH PREJUDICE regarding Defendant in the above-styled case pending before this honorable court.  Each party is bearing their own costs of this action.

- 1 -
MOTION FOR VOLUNTARY DISMISSAL
Case No.: 2:14-cv-1128-GEB-CKD (PS)

1                                          RESPECTFULLY SUBMITTED,

2 Dated: July 11, 2014

*/s/ Susan Frisbie*

Susan Frisbie
304 Redbud Way
Nevada City, CA  95959-2154
(775) 230-9339